GUIDRY, Judge,
concurs with reasons.
hi concur in the result reached by the majority in this case. The insurance coverage and defense issues raised herein are being considered pretrial, on the allegations of the Plaintiffs’ petition. The Plaintiffs are alleging that the Defendant, an adult, forcibly raped their minor daughter causing her injuries for which he is liable. The policy in question clearly and unequivocally excludes coverage for bodily injury “[ajrising out of a sexual molestation, corporal punishment or physical or mental abuse.... ” Therefore, the third party demand by the Defendant against his homeowner’s insurer was properly dismissed by summary judgment upon finding that un *30 der the allegations of the petition coverage was unambiguously excluded.